# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.   1:19-cv-02900-GPG
(To be supplied by the court)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 25 2019
JEFFREY P. COLWELL
CLERK

Kenneth Thomas aka Mark Davis
Plaintiff

v.

Denver Health and Hospital Authority/ Denver, CO

Doctor, orderlies, and nurse (to be identified at a later time)

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

> **Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

### A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

__Kenneth Thomas,  #355119,  P.O.Box 1108 Denver, CO, 80201__
(Name, prisoner identification number, and complete mailing address)

__Mark Davis__
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
_X_ Other: (*Please explain*)   __Civil matter against Denver Health Hospital Doctor/Nurses__

### B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   __Denver Health and Hospital Authority/ Denver, CO__
                        (Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  _X_ Yes ___ No (*check one*). Briefly explain: ON October 9th, 2017, UNDer The NAme of "MArk DAvis" Plaintiff was held against his will by Doctor at Denver Health and Hospital Authority, Plaintiff was not on any psychiatric hold or under any detainment, in fact the Plaintiff was cleared by the Denver Police Department from any warrants which are the same police officers that accompanied the ambulance from Auraria Campus who did in fact leave the hospital after clearing Plaintiff. The Plaintiff then asked the nurse to take the restraints off that were placed on the plaintiff to transport him from the campus to the hospital. (I requested again to be free from the restraints so I can "be free at liberty to leave") The nurse then pulled down on the restraints, tightening them up, then she left and came

2

back in the room with two male orderlies who, one of them screamed at me to "shut up!" and placed his hands over my ear holding my head firmly with excessive force as if he were law enforcement, causing me pain and suffering, while the other orderly pulled my left arm securely placing the syringe deeply in my vein against my verbal objections to be free "at liberty" to leave. That request was disregarded and he vicariously "deliberately indifferent" against my will at the time of the conduct (see Dodds vs. Richardson 614 F.3d at 1199), (10th Cir.2010) continued as Denver Health Hospital and Authority maintains a custom or policy condoning actions by its employees (particularly) where they restrain me in a law enforcement based detention "precisely" to inject and administer fluids inside of me, as I continued to ask to be released and set free. Thereby condoning unconstitutional actions by its employees that such policy was the direct cause or moving force behind the constitutional violation. Denver Health Hospital as an (entity) is liable under 1983 Monell vs. New York City Dept. of Social Servs., 436 U.S. 658, 691, 98 S.Ct. 2018 56 L. Ed. 2d 611 (1978).

Defendant 1 is being sued in his/her ___ individual and/or _X_ official capacity.

Defendant 2:   __Denver Health and Hospital Authority/ Denver, CO__
              (Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

*Cruzen*-Type violation the essential elements of this claim shows that the Doctor was a state actor. Mr. Thomas (aka Mark Davis) on October 9, 2017, was competent to express a desire not to receive medical treatment that is IV fluids and the doctor refused to honor that request and administered all types of fluids against Mr. Thomas's objections. Mr. Thomas was competent to express a desire not to receive medical treatment (that is, the IV fluids) and the doctor refused to honor that request and administered the fluids over my objections. (See e.g. *Hollingsworth v. Hill*, 110 F.3d 733, 742 (10th Cir. 1997))

As Denver Health Hospital and Authority permits such conduct by its employees contributing to the constitutional deprivation of my 14th Amendment rights of "bodily integrity" by condoning those actions and at the time of this conduct I clearly established "again" requested the desire to be released. (see also Christensen vs. Park City Mun. Corp., 554 F.3d 1271, 1277) (10th Cir. 2009) "They refused to honor my request" thereby condoning those actions and such policy was the direct cause behind constitutional violation (see Pearson vs. Callahan 555 U.S. 223, 129 S.Ct. 808, 818) (2009) As a result of said actions by defendants/Denver Health Hospital and Authority, I'm suffering cramps daily in my legs, numbness in my feet, constant stiffness that's "painful", ongoing that Denver Health Hospital and Authority caused due to maintaining a custom or policy (disregarding my request to be released at the time of the conduct) thereby, violating my constitutional rights under the 4th,

3

14th and 8th Amendment rights (see Granato vs. City and County of Denver Health and Hospital Authority civil action no. 11-cv-00304-MSK-BNB) (see Green vs. City of New York, 465 F. 3d 65, 68-73)(2d Cir. 2006) (see McKenna vs. Edgell, 617 F. 3d 432, 435) (6th Cir. 2010) As I'm stating this claim, see also *Cruzen*-type violation.

In addressing the timely filing Notice of Complaint under Colorado Government Immunity Act C.R.S. 24-10-109 while in Washington County Jail in Sterling, Colorado December of 2017. ("No reply or mail") was sent to me at the Washington County Jail or after my release to my mailing address 2323 Curtis St. (St Francis Center) where being homeless I received my mail)

Defendant 2 is being sued in his/her ___ individual and/or _X_ official capacity.

Defendant 3:   ___City and County of Denver Health and Hospital Authority___
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

Plaintiff sent notice of claim consistent with C.R.S. 24-10-109 to defendants. Plaintiff was in fact in Washington County Jail in Akron, Colorado on a parole hold November 23, 2017 and, while there, gave notice to defendants. Furtherly, made a record of the allegations in that notice to medical department on the inmate kiosk. Records should still be at Washington County Jail for the court to resolve "any" disputed jurisdictional facts (See *Sizova v. National Institute of Standards and Technology*, 282 F.3d 1320, 1324 (10th Cir. 2002)) Mr. Thomas is seeking relief under both Rule 12 (b) (6) and 12 (b) (1), recognizing any jurisdictional nature of Denver's challenge, Mr. Thomas rather requests leave of the court to do so in the future. Mr. Thomas has stated a colorable claim under the 4th and 14th Amendments based on the administration of IV fluids to him over his objection and false imprisonment. Mr. Thomas thereby requests this court to exercise supplemental jurisdiction over negligence claim against all of the **Denver Health** defendants., Heavily influenced by *Peete*, the 6th Circuit in *McKenna* framed the issue of "whether the employees of Denver Health were entitled to qualified immunity as turning on whether they acted in a law enforcement capacity or in an emergency responder capacity when engaging in the conduct of forcefully holding my head down so as to administer IV fluids against his liberty interests and being free from assaults, battery, and false imprisonment at Denver Health maintained a custom or a policy of committing such conduct." Mr. Thomas claims that Denver and Denver Health are vicariously liable for that negligence and violation of his 8th amendment constitutional to be free from Cruel and Unusual Punishment.

Defendant 3 is being sued in his/her ___ individual and/or _X_ official capacity.

4

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

__X__ 42 U.S.C. § 1983 (state, county, and municipal defendants)

____ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

____ Other: (*please identify*) _____

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

**CLAIM ONE:** Plaintiff was held against his will by Doctor at Denver Health and Hospital Authority, Plaintiff was not on any psychiatric hold or under any detainment, in fact the Plaintiff was released by the Denver Police Department from any warrants and the same police officers that accompanied the ambulance from Auraria Campus did in fact leave the hospital after clearing Plaintiff then Plaintiff asked the nurse to take the restraints off that were placed on the plaintiff to transport him from the campus to the hospital. *Cruzen*-Type violation the essential elements of this claim shows that the Doctor was a state actor. Mr. Thomas (aka Mark Davis) on October 9, 2017, was competent to express a desire not to receive medical treatment that is IV fluids and the doctor refused to honor that request and administered all types of fluids against Mr. Thomas's objections. Mr. Thomas requested the desire to be released and was forced by two male orderlies who used excessive force as law enforcement would, holding my head down and was given IVs to render me unconscious. Mr. Thomas woke up the following day in the lobby on a gurney with paperwork next to him (listing mercury treatment or something of the sort). As I got off the gurney, I could barely walk and I started crying and was happy to be alive. I felt so violated. I thought they were going to kill me. Clearly, I had been assaulted intravenously and Lord knows what else? Thus, the doctor maintained a custom condoning unconstitutional actions by it's employees and that policy was a direct cause or moving force behind the constitutional violation. (See e.g. *Hollingsworth v. Hill*, 110 F.3d 733, 742 (10th Cir. 1997))

5

Supporting facts:

Plaintiff sent notice of claim consistent with C.R.S. 24-10-109 to defendants. Plaintiff was in fact in Washington County Jail in Akron, Colorado on a parole hold November 23, 2017 and, while there, gave notice to defendants. Furtherly, made a record of the allegations in that notice to medical department on the inmate kiosk. Records should still be at Washington County Jail for the court to resolve "any" disputed jurisdictional facts (See *Sizova v. National Institute of Standards and Technology*, 282 F.3d 1320, 1324 (10th Cir. 2002)) Mr. Thomas is seeking relief under both Rule 12 (b) (6) and 12 (b) (1), recognizing any jurisdictional nature of Denver's challenge, Mr. Thomas rather requests leave of the court to do so in the future. Mr. Thomas has stated a colorable claim under the 4th and 14th Amendments based on the administration of IV fluids to him over his objection and false imprisonment. Mr. Thomas thereby requests this court to exercise supplemental jurisdiction over negligence claim against all of the Denver Health defendants., Heavily influenced by *Peete*, the 6th Circuit in *McKenna* framed the issue of "whether the employees of Denver Health were entitled to qualified immunity as turning on whether they acted in a law enforcement capacity or in an emergency responder capacity when engaging in the conduct of forcefully holding my head down so as to administer IV fluids against his liberty interests and being free from assaults, battery, and false imprisonment at Denver Health maintained a custom or a policy of committing such conduct." Mr. Thomas claims that Denver and Denver Health are vicariously liable for that negligence and violation of his 8th amendment constitutional to be free from Cruel and Unusual Punishment.

### E.  PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  __X__ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):    ____City and County of Denver____

Docket number and court:    ____City Attorney for Denver, CO, Civil Litigation Section, Claims Department at 201 W. Colfax Ave dept 1108  Denver, CO, 80202-5332____

Claims raised:    ____Destruction of (2003) CTS Cadillac____

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)    ____Relief granted ($5000 was awarded)____

Reasons for dismissal, if dismissed:    _____

Result on appeal, if appealed:    _____

### F.  ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

___ Yes _X_ No (*check one*)

7

Did you exhaust administrative remedies?

    __X__ Yes ___ No (*check one*)

### G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

I would like the court to uphold my Constitutional rights to be free from vicarious punishments inflicted upon the poor and minority by awarding me damages for the obtrusive, offensive, shocking the conscious behavior of professional entities such as: the Denver Health and Authority figures that have this attitude that they're above the law and can hide behind "Governmental Immunity" and continue to inflict punishment upon the poor and minority (Medicaid insurance "cardholders" that are a regiment of Obamacare) Furtherly, By Stating this claim, I request liability Damages of 4 Million dollars as I clearly established to the defendants my Constitutional Rights at the time they Acted with Malicious intention, I continued to request to be "free" and the defendants violated my "Federal protected" liberty interest, 14th Amendment to "bodily integrity", finally, I request this Court to make a ruling, by prohibiting hospitals, clinics, from dangerously negligent and invasive medical practices being biased in nature against the poor minority citizens of U.S.A.

### H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

8

_Kenneth Thomas_
_November 19th, 2019_

CIVIL ACTION No. 1:19-CV-02900-GPG

_Kenneth Thomas_
(Plaintiff's signature)

_November 19th, 2019_
(Date)

(Form Revised December 2017)

## AUTHORIZATION

I, __Kenneth Thomas__, request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.

Prisoner Name (please print): __Kenneth Thomas__

Prisoner Signature: __Kenneth Thomas__

4. My assets and their value are listed below: (attach an additional page if necessary)

   (Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

   **INDIGENT/Poor and Homeless**

5. Are you in imminent danger of serious physical injury?

   ___ Yes  **X** No  (CHECK ONE). If you answered yes, briefly explain your answer:

6. I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.

7. I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on **November 19th, 2019**
(Date)

*Kenneth Thomas*
(Prisoner's Original Signature)

(Rev. 10/01/12)                                    11

